# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**04 10235 WGY**

2004 FEB -2 P 4:07

MAGISTRATE JUDGE Collings

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ALICJA Z. WOJTYNA, ) | |
| Plaintiff ) | |
| ) | |
| Vs ) | COMPLAINT AND JURY DEMAND |
| ) | |
| MATTHEW S. RIDEOUT, ) | |
| Defendant ) | |

RECEIPT # 53538
AMOUNT $ 150
SUMMONS ISSUED ✓
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE 2/3/04

## PARTIES

1. The Plaintiff, Alicja Z. Wojtyna, is a resident of South Attleboro, Bristol County, Massachusetts.

2. The Defendant, Matthew S. Rideout, is a resident of Brewer, Penobscot County, Maine.

## INTRODUCTION

3. The Plaintiff, Alicja Z. Wojtyna, was injured as a result of an automobile accident on December 7, 2001, wherein it is alleged that the Defendant, Matthew S. Rideout, was negligent in the operation of his motor vehicle.

## JURISDICTION

4. This action is brought pursuant to 28 U.S.C.A. §1332 as it concerns a motor vehicle accident involving citizens of Massachusetts, Rhode Island and Maine. The matters in controversy, exclusive of interest and costs, exceed the sum of Seventy-Five Thousand ($75,000.00) Dollars.

## COUNT I

5. The Plaintiff, Alicja Z. Wojtyna, realleges paragraphs 1 through 6 of this Complaint and by reference makes them a part of this Count.

6. On December 7, 2001, the Plaintiff, Alicja Z. Wojtyna, was the operator of a vehicle involved in an accident on Route 95 South between Exits 1 and 2 in Attleboro, Massachusetts.

7. At the same time, the Defendant, Matthew S. Rideout, was the operator of a 1999 Hundai, bearing Maine Registration Number 4874KA, traveling south on Route 95 in Attleboro, Massachusetts.

8. The Defendant, Matthew S. Rideout, negligently operated said vehicle and caused the vehicle in front of his vehicle to collide with the Plaintiff's vehicle.

9. As a result thereof, Plaintiff, Alicja Z. Wojtyna, sustained serious injury, suffered great pain of body and mind, and was forced to incur expenses for medical care and attention.

**WHEREFORE,** the Plaintiff, Alicja Z. Wojtyna, demands judgment against the Defendant, Matthew S. Rideout, in an amount that will fully and fairly compensate the Plaintiff.

**PLAINTIFF HEREBY CLAIMS A JURY TRIAL.**

                                            Respectfully submitted,
                                            The Plaintiff
                                            By her Attorney,

                                            */s/ Sal J. Germani*
                                            **SAL J. GERMANI, ESQ.**
                                            **BBO #547991**
                                            **GERMANI & GERMANI, P.C.**
                                            50 Union Street
                                            P. O. Box 2178
                                            Attleboro, MA  02703
                                            (508) 222-5858