UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

ALICJA Z. WOJTYNA, )
    Plaintiff )
)
vs. )   Case No. 04 10235WGY
)
MATTHEW S. RIDEOUT, )
    Defendant )

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the defendant, Matthew S. Rideout, in the above-entitled action.

    Respectfully submitted,
    Defendant, Matthew S. Rideout,
    by his attorney,

    Gregory K. Lyon
    BBO #632718
    Law Office of Susan B. Hulme
    160 Gould Street, Suite #110
    Needham, MA 02494-2300
    (781) 449-8702

3/11/04
DATED

## CERTIFICATE OF SERVICE

I, Gregory K. Lyon, Attorney for the Defendant, Matthew S. Rideout, hereby certify that on this date I served the following document:

**Notice of Appearance.**

by mailing a copy of the same first class mail, postage prepaid, to all counsel of record: **Sal J. Germani, Esquire, Germani & Germani, P.C., 50 Union Street, P.O. Box 2178, Attleboro, MA  02703.**

_3/9/04_
DATED

_Gregory K. Lyon_