**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALICJA Z. WOJTYNA, )<br>    Plaintiff ) | C. A. NO. 04-10235 WGY |
| )<br>Vs )<br>) | |
| MATTHEW S. RIDEOUT, )<br>    Defendant ) | |

**AFFIDAVIT OF COMPLIANCE**
**IN ACCORDANCE WITH THE PROVISIONS OF**
**M.G.L. c. 90, §3(c)**

I, Sal J. Germani, after first being duly sworn, do depose and say that:

1. I am an attorney in good standing in the Commonwealth of Massachusetts.

2. That I represent the Plaintiff, Alicjia Z. Wojtyna, in the above-entitled matter.

3. That, on March 16, 2004, I forwarded by Certified Mail, Return Receipt Requested the attached Notice to the Massachusetts Registrar of Motor Vehicles as required by the provisions of M.G.L c. 90, §3(c), which Notice included a copy of the Complaint and Summons related to the above-entitled matter.

4. That on March 16, 2004, I forthwith forwarded to the Defendant, Matthew S. Rideout, by Certified Mail, Return Receipt Requested, a copy of said Notice to the Registrar, along with a copy of the subject Complaint and Summons.

5. That I have attached the return receipts from the Massachusetts Registrar of Motor Vehicles and from the Defendant, Matthew S. Rideout.

6. That also attached is Affidavit dated March 26, 2004 by the Massachusetts Registrar of Motor Vehicles relative to service on the Defendant, Matthew S. Rideout.

7. That the above was carried out in compliance with the provisions of M.G.L. c.90, §3(c).

Signed under the pains and penalties of perjury this 6th day of April, 2004.

_____
Sal J. Germani, Esq.

# GERMANI & GERMANI, P.C.

ATTORNEYS AND COUNSELORS AT LAW
50 UNION STREET
P.O. BOX 2178
ATTLEBORO, MA 02703

TEL: (508) 222-5858
FAX: (508) 222-9906

SAL J. GERMANI

of Counsel
VINCENT M. GERMANI
DALE E. ROSE*

*MA & RI BAR

March 16, 2004

Registrar as Foreign Resident Agent
Registry of Motor Vehicles
630 Washington Street - 5th Floor
Boston, MA   02111

RE:   Alicja Z. Wojtyna, Plaintiff vs Matthew S. Rideout, Defendant
      C. A. No. 04-10235 WGY

Dear Sir/Madam:

Pursuant to M.G.L. c.90, §3(c), we are sending to you as Foreign Resident Agent copies of the following documents relative to the above-referenced matter:

- Summons to Defendant, Matthew S. Rideout;
- Complaint and Jury Demand;
- Civil Cover Sheet; and
- Check in the amount of $10.00.

Should you have any questions, please do not hesitate to contact this office.

Thank you for your attention to this matter.

Sincerely,

GERMANI & GERMANI, P.C.

Sal J. Germani

SJG/jog
Enclosures

Certified Mail - RRR
#7002 3150 0005 3080 0820

WEB: www.germanilaw.com

# GERMANI & GERMANI, P.C.

ATTORNEYS AND COUNSELORS AT LAW

50 UNION STREET
P.O. BOX 2178
ATTLEBORO, MA 02703

TEL: (508) 222-5858
FAX: (508) 222-9906

SAL J. GERMANI

of Counsel
VINCENT M. GERMANI
DALE E. ROSE*

*MA & RI BAR

March 16, 2004

Matthew S. Rideout
675 North Main Street
Brewer, Maine   04412

RE:   Alicja Z. Wojtyna, Plaintiff
      vs Matthew S. Rideout, Defendant
      C. A. No. 04-10235 WGY

Dear Mr. Rideout:

Enclosed please find:

1. Copy of Certified Letter serving as Notice upon the Registrar of Motor Vehicles as Attorney for you; and
2. Copy of Summons, Complaint and Cover Sheet.

The above is being served upon you pursuant to M.G.L. c.90, §3(c).

Should there be any questions, please contact me.

Very truly yours,

GERMANI & GERMANI, P.C.

Sal J. Germani

SJG/jog
Enclosures

Certified Mail - Return Receipt Requested
#7002 3150 0005 3080 0806

WEB: www.germanilaw.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BREWER, ME 04412

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Postmark Here — MAR 19 2004 — Clerk: KV4B06 — USPS 03/19/04 — UNIT ID: 0703

Sent To: Matthew S. Rideout
Street, Apt. No.; or PO Box No.: 675 No. Main St
City, State, ZIP+4: Brewer, ME 04412

7002 3150 0005 3080 0806

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Matthew S. Rideout
   675 No. Main St.
   Brewer, ME 04412

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 3/23/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):    7002 3150 0005 3080 0806

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

*The Commonwealth of Massachusetts*

*Registry of Motor Vehicles*

*One Copley Place, Boston 02116*

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.ma.gov/rmv

March 26, 2004


Sal J. Germani, Esq.
Germani & Germani, P.C.
50 Union Street
P.O. Box 2178
Attleboro, MA 02703

RE: ALICJA Z. WOJTYNA VS. MATTHEW S. RIDEOUT
UNITED STATE DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS, CIVIL ACTION NO# 04 10235 WGY

Dear Atty. Germani:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3C. Below please find the executed affidavit set forth in §3C, which by law serves as prima facie evidence of service upon that party.


## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail March 26, 2004, postage prepaid, to Matthew S. Rideout at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3C.


Signed under the pains and penalties of perjury on March 26, 2004.

Signed: _____Kathleen Munson_____
/Kathleen Munson, Keeper of the Records


ba

# GERMANI & GERMANI, P.C.

ATTORNEYS AND COUNSELORS AT LAW
50 UNION STREET
P.O. BOX 2178
ATTLEBORO, MA 02703

TEL: (508) 222-5858
FAX: (508) 222-9906

SAL J. GERMANI

of Counsel
VINCENT M. GERMANI
DALE E. ROSIE*

*MA & RI BAR

March 16, 2004

Registrar as Foreign Resident Agent
Registry of Motor Vehicles
630 Washington Street - 5th Floor
Boston, MA   02111

RE:   Alicja Z. Wojtyna, Plaintiff vs Matthew S. Rideout, Defendant
      C. A. No. 04-10235 WGY

Dear Sir/Madam:

Pursuant to M.G.L. c.90, §3(c), we are sending to you as Foreign Resident Agent copies of the following documents relative to the above-referenced matter:

- Summons to Defendant, Matthew S. Rideout;
- Complaint and Jury Demand;
- Civil Cover Sheet; and
- Check in the amount of $10.00.

Should you have any questions, please do not hesitate to contact this office.

Thank you for your attention to this matter.

Sincerely,

GERMANI & GERMANI, P.C.

Sal J. Germani

SJG/jog
Enclosures

MAR 24 2004

Certified Mail - RRR
#7002 3150 0005 3080 0820

WEB: www.germanilaw.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

ALICJA Z. WOJTYNA, Plaintiff

V.

MATTHEW S. RIDEOUT, Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10235 WGY

TO: (Name and address of Defendant)

MATTHEW S. RIDEOUT
675 NORTH MAIN STREET
BREWER, MAINE   04412

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAL J. GERMANI, ESQ.
GERMANI & GERMANI, PC
50 UNION STREET
P. O. BOX 2178
ATTLEBORO, MA   02703

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB 3 2004

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED 2004 FEB -2 P 4:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

04  10235 WC

ALICJA Z. WOJTYNA,
    Plaintiff

Vs

MATTHEW S. RIDEOUT,
    Defendant

COMPLAINT AND
JURY DEMAND

### PARTIES

1. The Plaintiff, Alicja Z. Wojtyna, is a resident of South Attleboro, Bristol County, Massachusetts.

2. The Defendant, Matthew S. Rideout, is a resident of Brewer, Penobscot County, Maine.

### INTRODUCTION

3. The Plaintiff, Alicja Z. Wojtyna, was injured as a result of an automobile accident on December 7, 2001, wherein it is alleged that the Defendant, Matthew S. Rideout, was negligent in the operation of his motor vehicle.

### JURISDICTION

4. This action is brought pursuant to 28 U.S.C.A. §1332 as it concerns a motor vehicle accident involving citizens of Massachusetts, Rhode Island and Maine. The matters in controversy, exclusive of interest and costs, exceed the sum of Seventy-Five Thousand ($75,000.00) Dollars.

### COUNT I

5. The Plaintiff, Alicja Z. Wojtyna, realleges paragraphs 1 through 6 of this Complaint and by reference makes them a part of this Count.

6. On December 7, 2001, the Plaintiff, Alicja Z. Wojtyna, was the operator of a vehicle involved in an accident on Route 95 South between Exits 1 and 2 in Attleboro, Massachusetts.

7. At the same time, the Defendant, Matthew S. Rideout, was the operator of a 1999 Hundai, bearing Maine Registration Number 4874KA, traveling south on Route 95 in Attleboro, Massachusetts.

8. The Defendant, Matthew S. Rideout, negligently operated said vehicle and caused the vehicle in front of his vehicle to collide with the Plaintiff's vehicle.

9. As a result thereof, Plaintiff, Alicja Z. Wojtyna, sustained serious injury, suffered great pain of body and mind, and was forced to incur expenses for medical care and attention.

WHEREFORE, the Plaintiff, Alicja Z. Wojtyna, demands judgment against the Defendant, Matthew S. Rideout, in an amount that will fully and fairly compensate the Plaintiff.

PLAINTIFF HEREBY CLAIMS A JURY TRIAL.

Respectfully submitted,
The Plaintiff
By her Attorney,

SAL J. GERMANI, ESQ.
BBO #547991
GERMANI & GERMANI, P.C.
50 Union Street
P. O. Box 2178
Attleboro, MA   02703
(508) 222-5858

JS-44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
ALICJA Z. WOJTYNA

**DEFENDANTS**
MATTHEW S. RIDEOUT

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __BRISTOL__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __PENOBSCOT (MA__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sal J. Germani
Germani & Germani, PC
50 Union St., P. O. Box 2178
Attleboro, MA 02703  (508) 222-5858

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[Motor Vehicle — 350 checked under TORTS/PERSONAL INJURY]

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 11 U.S.C. 1332

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 1/30/04

SIGNATURE OF ATTORNEY OF RECORD
Sal J. Germani, Esq.

FOR OFFICE USE ONLY
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____
   ALICJA Z. WOJTYNA, PLAINTIFF, V. MATTHEW S. RIDEOUT, DEFENDANT

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   ___  II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
             740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   _X_  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
   NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? NO
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? NO

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ___

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ___
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? ___

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ___ OR WESTERN SECTION ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   SAL J. GERMANI, ESQ.
ADDRESS   50 UNION STREET
          P. O. BOX 2178
          ATTLEBORO, MA 02703
TELEPHONE NO.   (508) 222-5858

(COVER.SHT-08/90)                                                APPENDIX C

# GERMANI & GERMANI, P.C.

ATTORNEYS AND COUNSELORS AT LAW
50 UNION STREET
P.O. BOX 2178
ATTLEBORO, MA 02703

TEL: (508) 222-5858
FAX: (508) 222-9906

SAL J. GERMANI
───
of Counsel
VINCENT M. GERMANI
DALE E. ROSE*

───
*MA & RI BAR

April 6, 2004

United States District Court
John Joseph Moakley
United States Court House
1 Courthouse Way - Suite 2300
Boston, MA     02210

RE:   Alicja Z. Wojtyna, Plaintiff, vs
      Matthew S. Rideout, Defendant
      C. A. No. 04-10235 WGY

Dear Sir/Madam:

Enclosed please find the following:

1. Affidavit of Compliance In Accordance With the Provisions of M.G.L. c. 90, §3(c); and

2. Officer's Return relative to in hand service of Notice to Massachusetts Registrar of Motor Vehicles dated March 16, 2004, Complaint, Summons and Cover Sheet, upon the Defendant, Matthew S. Rideout.

Should there be any questions, please do not hesitate to contact me.

Very truly yours,

GERMANI & GERMANI, PC

Sal J. Germani

SJG/jog
Enclosures

WEB: www.germanilaw.com