AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

ALICJA Z. WOJTYNA, Plaintiff

V.

MATTHEW S. RIDEOUT, Defendant

SUMMONS IN A CIVIL CASE

**04 10235 WGY**

CASE NUMBER:

TO: (Name and address of Defendant)

MATTHEW S. RIDEOUT
675 NORTH MAIN STREET
BREWER, MAINE   04412

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAL J. GERMANI, ESQ.
GERMANI & GERMANI, PC
50 UNION STREET
P. O. BOX 2178
ATTLEBORO, MA   02703

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB 3 - 2004

DATE