**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALICJA Z. WOJTYNA,<br>      **Plaintiff** | )<br>)<br>)   C. A. NO. 04-10235 WGY |
| vs | ) |
| MATTHEW S. RIDEOUT,<br>      **Defendant** | )<br>) |

**CERTIFICATION**
**LR 16.1(D)(3)**

    I certify that Alicja Z. Wojtyna, Plaintiff, and her counsel, Sal J. Germani, Esquire, have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

    Further, Alicja Z. Wojtyna, Plaintiff, and her counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

                                                      Respectfully submitted,
                                                      The Plaintiff
                                                      By her Attorney

                                                      */s/ Sal J. Germani*
                                                      Sal J. Germani, Esq.
                                                      BBO #547991
                                                      Germani & Germani, P.C.
                                                      50 Union Street
                                                      P. O. Box 2178
                                                      Attleboro, MA   02703