## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALICJA Z. WOJTYNA,<br>    **Plaintiff** | )<br>)<br>) | CIVIL ACTION NO. 04 10235 WGY |
| Vs | )<br>) | |
| MATTHEW S. RIDEOUT,<br>    **Defendant** | )<br>) | |

## CERTIFICATION
## LR 16.1(D)(3)

I CERTIFY that Matthew S. Rideout, Defendant, and his counsel, Gregory K. Lyon, Esquire, have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

Further, Matthew S. Rideout, Defendant, and his counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

                                                    Respectfully submitted,
                                                    The Defendant
                                                    By His Attorney

                                                    _____
                                                    Gregory K. Lyon, Esquire
                                                    BBO #632718
                                                    Law Office of Susan B. Hulme
                                                    160 Gould Street, Suite #110
                                                    Needham, MA  02494-2300
                                                    (781) 449-8702