UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICJA Z. WOJTYNA,<br>    Plaintiff<br><br>vs.<br><br>MATTHEW S. RIDEOUT,<br>    Defendant | **Case No. 04 10235WGY** |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41 (a) (1) (ii), hereby stipulate that said action be dismissed with prejudice and without costs.

**Plaintiff, Alicja Z. Wojtyna,**
by her Attorney,

_____
Sal J. Germani
BBO #547991
Germani & Germani, P.C.
50 Union Street, P.O. Box 2178
Attleboro, MA  02703
(508) 222-5858

Respectfully submitted,
**Defendant, Matthew S. Rideout,**
by his Attorney,

_____
Gregory K. Lyon
BBO #632718
Law Office of Susan B. Hulme
160 Gould Street, Suite #110
Needham, MA  02494-2300
(781) 449-8702

9-20-04
DATED

# GERMANI & GERMANI, P.C.

ATTORNEYS AND COUNSELORS AT LAW

50 UNION STREET
P.O. BOX 2178
ATTLEBORO, MA 02703

TEL: (508) 222-5858
FAX: (508) 222-9906

2004 SEP 22 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

SAL J. GERMANI

of Counsel
VINCENT M. GERMANI
DALE E. ROSE*

*MA & RI BAR

September 20, 2004

United States District Court
John Joseph Moakley
United States Court House
1 Courthouse Way - Suite 2300
Boston, MA     02210

RE:   Alicja Wojtyna, Plaintiff, vs
      Matthew S. Rideout, Defendant
      C. A. No. 04-10235 WGY

Dear Sir/Madam:

Enclosed please find Stipulation of Dismissal for filing relative to the above-referenced action.

Thank you for your attention to this matter.

Very truly yours,

GERMANI & GERMANI, PC

Sal J. Germani

SJG/jog
Enclosure

cc:   Gregory K. Lyon, Esq.
      Law Office of Susan B. Hulme

WEB: www.germanilaw.com